## IN THE DISTRICT COURT IN AND FOR ADAIR COUNTY
## STATE OF OKLAHOMA

LINDA K. LANGLEY,                          )
                                           )
          Plaintiff,                       )
                                           )
-vs-                                       )     Case No. CJ-2019- 45
                                           )
BANK OF AMERICA, N.A, dba                  )
MERRILL LYNCH                              )
                                           )
          Defendant.                       )

**FILED**
ADAIR COUNTY DISTRICT COURT
STILWELL, OK
JUN 27 2019
NICHOLE COOPER
COURT CLERK

### PETITION

COMES NOW the Plaintiff, LINDA K. LANGLEY, by and through her attorney of record, Wayne Bailey, and for causes of action against the Defendant, alleges and states:

1.      On or about the 3rd day of April, 2018, Plaintiff directed a contribution to her SEP IRA plan administered and/or held by Defendant.  A copy of the check is attached as Exhibit A.

2.      Attached to that check was instruction to fund the SEP IRA accounts for Plaintiff and her husband, W.H. Langley, Jr.

### GROSS NEGLIGENCE

3.      Defendant, through its gross negligence, failed to fund Plaintiff's SEP IRA with those monies and rather directed the portion intended for her account to that of her son.

4.      The actions of the Defendant were grossly negligent in that the funding instrument clearly provided the names of the account holders, the check stub provided direction for the funding, and the amounts of the funding are in excess of a person's maximum allowed contributions if the contributor is not over the age of 50.

5.      The Defendant was grossly negligent in failing to fund her account at all and

1

EXHIBIT A

to have funded an account that was not a SEP IRA and for a totally different name.

     6.    The gross negligence of the Defendant has caused actual damages for the lost investment potential of that contribution; the damages resulting from the lack of deductions on the Plaintiff's tax returns; and the loss of the mis-directed funds themselves.

     7.    The Defendant's gross negligence has caused additional incidental and consequential damages in an amount to be determined, but in all likelihood in excess of $75,000.00.

     8.    The Defendant's gross negligence warrants punitive damages in an amount of $250,000.00.

     WHEREFORE, Plaintiff demands Judgment against Defendant for the sum of $15,500.00 for the mis-directed funds as well as damages calculated from the loss of investment potential for a lifetime of return on monies not allowed to be funded into the account, and the unnecessary taxes, penalties and interest incurred due to the grossly negligent actions of the Defendant; for incidental and consequential damages resulting from the negligence in an amount to be determined; for punitive damages in an amount of $250,000.00; for attorney's fees and costs; and such other relief determined to be just and equitable by this Court.

## BREACH OF FIDUCIARY DUTY

     9.    Defendant owed Plaintiff a fiduciary duty to properly invest monies provided to it for the purposes intended and for her account.

     10.    Defendant breached that fiduciary duty by failing to fund Plaintiff's account with monies provided for that purpose.

     11.    The breaches of those duties resulted in actual damages, consequential and incidental damages, lost opportunity and other damages in all likelihood in excess of $75,000.

     12.    The breaches of the duties owed in this matter justify the award of punitive damages in the amount of $250,000.00.

WHEREFORE, Plaintiff demands Judgment against Defendant for the sum of $75,000.00 for the breaches of fiduciary duties; for incidental and consequential damages resulting from the negligence in an amount to be determined; for punitive damages in an amount of $250,000.00; for attorney's fees and costs; and such other relief determined to be just and equitable by this Court.

LINDA K. LANGLEY,

Plaintiff,

BY: _____

Wayne Bailey, OBA #19746
BAILEY LAW, PLC
Attorney for Plaintiff
205 W. Shawnee St.
Tahlequah, OK  74464
(918) 456-6113
wayne@oktaxlaw.com

3

## VERIFICATION

STATE OF OKLAHOMA    )
                                        ) SS.
COUNTY OF ADAIR      )


    LINDA K. LANGLEY, Plaintiff herein, being of lawful age and having been first duly sworn on oath, states that she has read and know the contents of the within and foregoing Petition and that the statements therein made are true to the best of her information, knowledge and belief.

                         _Linda K. Langley_____
                         LINDA K. LANGLEY


    Subscribed and sworn to before me this _____ day of June, 2019.

                         _____
                         Notary Public

(SEAL)

4



BAILEY LAW, PLC
Exhibit "A"
Page 1 of 1